UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ELIZABETH CORNELL,

      Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

      Defendant.

Civil No. 07-495-ST

O R D E R

HAGGERTY, Chief Judge:

    Magistrate Judge Stewart issued a Findings and Recommendation [12] in this action that recommended that the final decision of the Commissioner of Social Security denying plaintiff's application for Disability Insurance Benefits (DIB) and Supplemental Security Income (SSI) under Titles II and XVI of the Social Security Act should be affirmed.

    No objections were filed to this Findings and Recommendation, and the case was referred to me. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. United States Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

1    - ORDER

No clear error appears on the face of the record. This court adopts the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Magistrate Judge's Findings and Recommendation [12] is adopted. The Commissioner's decision that plaintiff Elizabeth Cornell did not suffer from disability and is not entitled to DIB or SSI benefits under Titles II and XVI of the Social Security Act is affirmed.

IT IS SO ORDERED.

Dated this 4 day of February, 2008.

Ancer L. Haggerty
United States District Judge

2    - ORDER