UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ELIZABETH CORNELL,

      Plaintiff,

                              Civil No. 07-495-ST

    v.

                              JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

      Defendant.

      Based on the Order adopting the Magistrate Judge's Findings and Recommendation,

      IT IS ORDERED AND ADJUDGED that the Commissioner's decision that plaintiff Elizabeth Cornell did not suffer from disability and is not entitled to DIB or SSI benefits under Titles II and XVI of the Social Security Act is affirmed.

      Dated this __8__ day of February, 2008.

                                                  /s/   Ancer L. Haggerty
                                                    Ancer L. Haggerty
                                              United States District Judge